**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
KENNETH T. CHAVEZ,
on behalf of himself and all others similarly situated,

|  |  |
|---|---|
|  | **MOTION FOR** |
|  | **DEFAULT JUDGMENT** |
| Plaintiff(s), | Case No.: 1:23-cv-03433-FB-CLP |

      -against-


CHELSEA PINES, INC. d/b/a CHELSEA PINES INN,

      Defendant(s).
-------------------------------------------------------------------X

      Plaintiff KENNETH T. CHAVEZ hereby moves the Court pursuant to Federal Rule of

Civil Procedure 55 (b) and Local Civil Rule 55.2 to enter default judgment in favor of Plaintiff

and against Defendant(s) CHELSEA PINES, INC. d/b/a CHELSEA PINES INN, on the grounds

that said Defendant(s) failed to answer or otherwise defend against the Complaint.

 Dated: Manhasset, New York
     October 20, 2023

                        Respectfully submitted,

                   /s/   Mitchell Segal

                   _____

                   Mitchell Segal, Esq.
                   Law Offices of Mitchell S. Segal, P.C.
                   Attorney For Plaintiff
                   1129 Northern Boulevard, Suite 404
                   Manhasset, New York 11030
                   Tel.: (516) 415-0100
                   Fax: (516) 706-6631
                   msegal@segallegal.com

   TO:

     CHELSEA PINES, INC. d/b/a CHELSEA PINES INN
     c/o Department of State
     One Commerce Plaza
     99 Washington Avenue
     Albany, New York 12210